IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MARCIA MANTOOTH, as Representative of the Estate of JOHN MANTOOTH § § § § § | CIVIL ACTION NO. A-08-CA-927-SS |
| v. § § | |
| BOARDWALK PIPELINE PARTNERS, L.P.; GULF SOUTH PIPELINE COMPANY, L.P.; TEXAS GAS TRANSMISSION, L.L.C.; ON AND OFFSHORE QUALITY CONTROL SPECIALIST, L.L.C.; AND ROGER HAYCRAFT § § § § § § § | |

**DEFENDANT ON AND OFFSHORE QUALITY
CONTROL SPECIALISTS, L.L.C.'S DESIGNATION OF POTENTIAL
WITNESSES, EXPERT WITNESSES AND PROPOSED EXHIBITS**

COMES NOW, On and Offshore Quality Control Specialists, L.L.C., Defendant in the above-styled action and, pursuant to the Court's April 29, 2009 Scheduling Order, files its designation of potential witnesses, expert witnesses and proposed exhibits.

### I. Potential Witnesses

1. Marcia Mantooth, individually and as Representative of
   the Estate of John Mantooth
   c/o Sean E. Breen
   Laura Tubbs
   Howry Breen, L.L.P.
   1900 Pearl Street
   Austin, Texas 78705-5408

2. Eddie Hooks
   Jerry Allan
   Kris Wattinger
   3809 S. First Street
   Austin, Texas 78767

3. Roger Haycraft
   Daniel Mitchell
   Tom Hodge, Construction Director
   c/o J. Robin Lindley
   Jared Gregory LeBlanc
   Buck Keenan Gage Little & Lindley, LLP
   700 Louisiana, 51st Floor
   Houston, Texas 77002

4. Jill C. Reeves
   Current address unknown, believed to reside in Oklahoma

5. Jim Parnell
   ENGlobal Engineering, Inc.

6. Eddie McMillan
   Current address unknown, believed to reside in Oklahoma

7. Dale Deverall
   Current address unknown

## II. Expert Witnesses

1. Martha S. Dickie
   Bo Blackburn
   Boone Almanza
   Akin & Almanza
   2301 S. Capital of Texas Hwy., Bldg. H
   Austin, Texas 78746

Defendant reserves its right to supplement its designation of testifying and expert witnesses consistent with the Scheduling Order, any agreement between the parties, and the Federal Rules of Civil Procedure.

## III. Proposed Exhibits

1. QCS 1 – 15 (QCS emails);

2. QCS 336 (Roger Haycraft email);

3. QCS 325 (Jill Reeves email);

4. QCS 326 (Jill Reeves email);

5. QCS 328-300 (Eddie Hooks email);

6. QCS 330 (Eddie Hooks email);

7. QCS 331 (Jill Reeves email);

8. QCS 332-335 (Jill Reeves email/statement);

9. QCS 340 (Eddie Hooks email);

10. QCS 342 (Haycraft email);

11. BWPP 1-7 (Boardwalk Inspection training);

12. QCS 488 (Boardwalk inspector list);

13. BWPP 21 (Boardwalk QA/QC Plan);

14. BWPP 213-438 (Inspector Handbook); and

15. QCS 516 (QCS Insurance Certificate).

Defendant reserves the right to supplement its exhibit list consistent with the Scheduling Order, any agreement between the parties, and the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Martha S. Dickie

Martha S. Dickie
State Bar No. 00000081
Bo Blackburn
State Bar No. 24006853
Akin & Almanza
2301 S. Capital of Texas Hwy., Bldg. H
Austin, Texas 78746
(512) 474-9486
(512) 478-7151 – Fax

**ATTORNEYS FOR DEFENDANT ON AND OFFSHORE QUALITY CONTROL SPECIALIST, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the above and foregoing has been sent via the Court's electronic filing system to counsel of record, listed below on the 14th day of August, 2009:

Sean E. Breen
Laura D. Tubbs
Howry Breen, LLP
1900 Pearl Street
Austin, Texas 78705

J. Robin Lindley
700 Louisiana, Suite 5100
Houston, Texas 77002

_____
Bo Blackburn